AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Rodolfo MEJIA (YOB: 1993, COB: U.S.A.) | ) Case No. M-18-2345-M |
| Defendant(s) | ) |


SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 26, 2018  in the county of  Starr  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that Angel Fabian DE LA CRUZ-Cardona (COB: Mexico), and on other aliens has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shield from detection, such alien in any place, including any building or any means of transportation; to wit: in a residence near Rio Grande City, Texas. |
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

✓ Continued on the attached sheet.

Approved by [signature] AUSA

_____
Complainant's signature

Hector A Garcia, HSI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/13/2018 14th 15H

_____
Judge's signature

City and state:  McAllen, Texas   J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

ATTACHMENT A

I, Hector Garcia, am a Task Force Officer (TFO) assigned to the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On September 10, 2018 Border Patrol agents along with Investigators with High Intensity Drug Trafficking Area (HIDTA) conducted a search of 104 W Palmas Street in Rio Grande City, Texas.

2. The search yielded thirteen Undocumented Aliens (UDA) being harbored at 104 W Palmas Street by Marcos AGUILAR. AGUILAR and the UDAs were place under arrest and transported to the United Stated Border Patrol (USBP) station in Rio Grande City, Texas.

3. HSI McAllen was notified of the case and responded to the USBP station in Rio Grande City, Texas.

4. HSI TFO H. Garcia read AGUILAR his Miranda Rights, witnessed by HSI TFO Carl Kailipaka, in his preferred language of Spanish, which he acknowledged he understood and subsequently waived in writing.

5. Post Miranda, AGUILAR claimed responsibility for harboring the thirteen UDAs for monetary compensation. AGUILAR stated he was getting paid $40.00 United States Dollars (USD) daily for every UDA that he harbored.

6. AGUILAR stated he was hired by a smuggler known to him as "CUATE". AGUILAR was able to positively identify "CUATE" in a six-pack photo line-up. The person AGUILAR identified as "CUATE" is Rodolfo MEJIA (DOB: 2/22/1993).

7. AGUILAR stated he was interviewed in person by R. MEJIA and arrangements were made between them for AGUILAR to begin harboring UDAs for R. MEJIA.

8. AGUILAR stated that the thirteen UDAs he was harboring were sent by R. MEJIA.

9. Angel Fabian DE LA CRUZ-Cardona (Material Witness) was read his Miranda rights by HSI TFO H. Garcia and HSI TFO C. Kailipaka and was interviewed regarding his smuggling arrangements.

10. DE LA CRUZ stated he arranged with R. MEJIA directly, to be illegally smuggled into the United States. DE LA CRUZ stated he paid R. MEJIA $2500.00 USDs to be smuggled into the United States. DE LA CRUZ stated he has been smuggled into the United States by R. MEJIA on four occasions. DE LA CRUZ stated that the first two times he was smuggled into the United States he was smuggled with three other UDAs. The following time he was smuggled with five UDAs and the fourth time he was smuggled with nine other UDAs. DE LA CRUZ stated that each time he was smuggled into the United States he paid R. MEJIA $2500.00 USDs.